IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR LEE WALTON,

    Petitioner,               No. CIV S-09-2351 DAD P

    vs.

THE STATE OF CALIFORNIA,

    Respondent.           ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with the court's September 1, 2009 order, petitioner has filed a motion to proceed in forma pauperis.

      Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

      "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the State of California as the respondent in this action. The State of California, however, is not the proper respondent. Accordingly, the instant petition must be dismissed with leave to amend. See

1

1  Stanley, 21 F.3d at 360.  Petitioner is advised that the proper respondent in the usual habeas
2  action is the warden of the institution where the petitioner is currently incarcerated.  See Stanley,
3  21 F.3d at 360.
4         In accordance with the above, IT IS HEREBY ORDERED that:
5         1. Petitioner's September 24, 2009 motion to proceed in forma pauperis (Doc.
6  No. 5) is granted;
7         2. Petitioner's application for writ of habeas corpus is dismissed with leave to file
8  an amended petition within thirty days from the date of this order;
9         3. Any amended petition must be filed on the form employed by this court, must
10 name the proper respondent, and must state all claims and prayers for relief on the form.  It must
11 bear the case number assigned to this action and must bear the title "Amended Petition"; and
12        4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
13 application.
14 DATED: September 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
walt2351.122