IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR LEE WALTON,

      Petitioner,                    No. CIV S-09-2351 DAD P

   vs.

THE STATE OF CALIFORNIA,

      Respondent.               ORDER

_____/

       Petitioner is a state prisoner proceeding pro se. In accordance with the court's October 1, 2009 order, petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Respondent is directed to file a response to petitioner's October 27, 2009 amended habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

1

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order, a copy of the October 27, 2009 amended habeas petition, and a copy of the form regarding consent or request for reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: November 2, 2009.

DAD:9
walt2351.100

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE