IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR LEE WALTON,

      Petitioner,                    No. CIV S-09-2351 EFB P

      vs.

STATE OF CALIFORNIA,

      Respondent.               ORDER

                              /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This case is before the undersigned pursuant to the parties' consents.

       Petitioner has filed a motion for a certificate of appealability, as well as a notice of interlocutory appeal, from the Clerk of the Court's denial of petitioner's request for entry of default. Dckt. Nos. 23, 24, 25.

       The court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11, Rules Governing § 2254 cases. Here, the court declines to issue a certificate of appealability because the court has not entered a final order adverse to petitioner. Rather, respondent has submitted an answer in response to the petition, and the matter is now submitted for decision. *See* Dckt. No. 18.

////

1     Pursuant to 28 U.S.C. § 1292(b), the court may certify a question for appeal based an
2 order not otherwise appealable if the "order involves a controlling question of law as to which
3 there is substantial ground for difference of opinion and [ ] an immediate appeal from the order
4 may materially advance the ultimate termination of the litigation." The Clerk of the Court
5 properly declined petitioner's request for entry of default. Accordingly, the court declines to
6 certify any question for appeal and the Clerk is directed to terminate docket entries 24 and 25.
7     So ordered.
8 DATED: August 5, 2010.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE